

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00369-CV

**IN THE INTEREST OF L.M.H., ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01720
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant, L.L.'s parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

Appellant's brief was originally due to be filed on October 1, 2020. On October 2, 2020, appellant filed a motion requesting a twenty-day extension of time to file the brief. The motion is GRANTED, and appellant is ORDERED to file the appellant's brief no later than October 21, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will not be granted absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court